UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **GARY SALONE, on behalf of himself and others similarly situated,** | Case No. 4:21-cv-01151 -RWS |
| Plaintiff, | Judge Rodney W. Sippel |
| vs. | |
| **CUSHMAN & WAKEFIELD U.S., INC., et al.** | **JOINT NOTICE OF SETTLEMENT** |
| Defendants. | |

The Parties hereby notify the Court that they have settled this case. The Parties respectfully request twenty-one days from the date of this Joint Notice to file their joint motion for approval and supporting documentation. The Parties further respectfully request that the scheduling conference scheduled for December 22, 2022 be vacated pending the Court's review of the settlement.

Respectfully Submitted,

/s/ Shannon M. Draher
Shannon M. Draher (OH 0074304)
NILGES DRAHER LLC
7034 Braucher St NW, Suite B
North Canton, OH 44720
Telephone: (330) 470-4428
Facsimile: (330) 754-1430
Email: sdraher@ohlaborlaw.com

Matthew J.P. Coffman (OH 0085586)
Adam C. Gedling (OH 0085256)
Kelsie N. Hendren (OH 100041)
COFFMAN LEGAL LLC
1550 Old Henderson Rd, Suite #126
Columbus, OH 43220
Telephone: (614) 949-1181
Facsimile: (614) 386-9964
Email: mcoffman@mcoffmanlegal.com
   agedling@mcoffmanlegal.com
   khendren@mcoffmanlegal.com

*Counsel for Representative Plaintiff*

/s/ Noah A. Finkel (with permission)
Noah A. Finkel (admitted pro hac vice)
Kyle A. Petersen (admitted pro hac vice)
Kyla J. Miller (admitted pro hac vice)
SEYFARTH SHAW LLP
233 South Wacker Drive, Suite 8000
Chicago, IL 60606
Telephone: (312) 460-5000
Email: nfinkel@seyfarth.com
   kpetersen@seyfarth.com
   kmiller@seyfarth.com

Rosalee McNamara (33645)
Shoshanah Shanes (73010)
LATHROP GPM LLP
2345 Grand Blvd, Suite 2200
Kansas City, MO 64108
Telephone: (816) 460-5604
Email: rosalee.mcnamara@lathropgpm.com
   Shoshanah.shanes@lathropgpm.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

    I hereby certify that on December 1, 2022, the foregoing was filed electronically with the Court. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                              */s/Shannon M. Draher*
                                              Shannon M. Draher (OH 0074304)